IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MAX PHARR, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:12-CV-256 (MTT) |
| ) | |
| Warden TAYLOR, ) | |
| ) | |
| Respondent. ) | |
| ) | |

## ORDER

Before the Court is the Petitioner's Motion for Reconsideration (Doc. 18) of Magistrate Judge Charles H. Weigle's Order (Doc. 9) denying the Petitioner's Motion to Appoint Counsel (Doc. 8).

Pursuant to Local Rule 7.6, "Motions for Reconsideration *shall not be filed as a matter of routine practice.*" M.D. Ga., L.R. 7.6 (emphasis added). Indeed, "[r]econsideration of a previous order is an extraordinary remedy to be employed sparingly." *Bingham v. Nelson*, 2010 WL 339806, at *1 (M.D. Ga.) (internal quotation marks and citation omitted). It "is appropriate only if the movant demonstrates (1) that there has been an intervening change in the law, (2) that new evidence has been discovered which was not previously available to the parties in the exercise of due diligence, or (3) that the court made a clear error of law." *Id.* "In order to demonstrate clear error, the party moving for reconsideration must do more than simply restate [his] prior arguments, and any arguments which the party inadvertently failed to raise earlier

are deemed waived." *McCoy v. Macon Water Authority*, 966 F. Supp. 1209, 1222-23 (M.D. Ga. 1997).

The Petitioner has not met this burden. He has not alleged an intervening change in the law nor presented new evidence previously unavailable to him. Moreover, the Court is not persuaded the Magistrate Judge's ruling was clearly erroneous. There is no right to counsel in federal habeas corpus proceedings, and at this stage of the litigation, none is required. If there is a need for an evidentiary hearing in this matter, counsel may be appointed pursuant to Rule 8(c) of the Rules Governing Section 2254 Cases.

Accordingly, the Plaintiff's Motion for Reconsideration is **DENIED**.

**SO ORDERED**, this 30th day of January, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT